# CERTIFICATE OF SERVICE

I, Colin R. Robinson, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this summons and a copy of the complaint were made January 27, 2020 by:

☒      Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

## SEE ATTACHED SERVICE LIST

☐      Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐      Residence Service: By leaving the process with the following adult at:

☐      Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐      Publication: The defendant was served as follows: [Describe briefly]

☐      State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                   (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  January 27, 2020

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P O Box 8705
Wilmington, DE  19899-8705 (Courier 19801)

Woodbridge Adv. Service List
19-51076

**First Class Mail**
JERI SHAPIRO
4606 WILLIS AVE
APT 311
SHERMAN OAKS, CA 91403

**First Class Mail**
ROBERT SHAPIRO
C/O DLA PIPER LLP
ATTN RYAN D. O'QUINN
200 SOUTH BISCAYNE BOULEVARD
SUITE 2500
MIAMI FL 33131

**First Class Mail**
3X A CHARM, LLC
HARVARD BUSINESS SERVICES, INC.,
AS REGISTERED AGENT
16192 COASTAL HWY
LEWES DE  19958

**First Class Mail**
CARBONDALE BASALT OWNERS, LLC
A REGISTERED AGENT, INC.,
AS REGISTERED AGENT
8 THE GREEN, STE A
DOVER DE  19901

**First Class Mail**
DAVANA SHERMAN OAKS OWNERS,
LLC
A REGISTERED AGENT, INC.,
AS REGISTERED AGENT
8 THE GREEN, STE A
DOVER DE  19901

**First Class Mail**
IN TREND STAGING, LLC
THE COMPANY CORPORATION,
AS REGISTERED AGENT
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

**First Class Mail**
MIDLAND LOOP ENTERPRISES, LLC
A REGISTERED AGENT, INC.,
AS REGISTERED AGENT
8 THE GREEN, STE A
DOVER DE  19901

**First Class Mail**
SCHWARTZ MEDIA BUYING
COMPANY, LLC
A REGISTERED AGENT, INC.,
AS REGISTERED AGENT
8 THE GREEN, STE A
DOVER DE  19901

**First Class Mail**
STOVER REAL ESTATE PARTNERS,
LLC
A REGISTERED AGENT, INC.,
AS REGISTERED AGENT
8 THE GREEN, STE A
DOVER DE  19901