# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>    Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>    Plaintiff,<br><br>  vs.<br><br>Robert Shapiro, Jeri Shapiro, 3X A Charm, LLC, Carbondale Basalt Owners, LLC, Davana Sherman Oaks Owners, LLC In Trend Staging, LLC, Midland Loop Enterprises, LLC, Schwartz Media Buying Company, LLC and Stover Real Estate Partners, LLC,<br><br>    Defendant(s). | Adversary Proceeding<br>Case No. 19-51076 (BLS) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
           ) ss
COUNTY OF NASSAU  )

I, Alison Moodie, being duly sworn, depose and state:

---

[1]  The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

2

1.  I am a Senior Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On June 24, 2020, at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, I caused a true and correct copy of the **Entry of Default** [Docket No. 15] to be served by first class mail on the parties identified on Exhibit A annexed hereto (Defendants).[3]

/s/ Alison Moodie
Alison Moodie

Sworn to before me this
26th day of June, 2020
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

---

[2] Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

[3] The envelope(s) used for service on the parties in Exhibit A included a legend which stated: "*Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent.*"

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 3X A CHARM, LLC | HARVARD BUSINESS SERVS, INC R/A | 16192 COASTAL HWY | | | LEWES | DE | 19958 |
| CARBONDALE BASALT OWNERS, LLC | C/O A REGISTERED AGENT, INC. | 8 THE GREEN, SUITE A | | | DOVER | DE | 19901 |
| DAVANA SHERMAN OAKS OWNERS LLC | C/O A REGISTERED AGENT, INC. AS R/A | 8 THE GREEN, SUITE A | | | DOVER | DE | 19901 |
| IN TREND STAGING LLC | THE CO CORP. AS R/A | 251 LITTLE FALLS DR. | | | WILMINGTON | DE | 19808 |
| JERI SHAPIRO | 4606 WILLIS AVE, APT 311 | | | | SHERMAN OAKES | CA | 91403 |
| ROBERT SHAPIRO | C/O DLA PIPER LLP | ATTN: RYAN D. O'QUINN | 200 S. BISCAYNE BLVD. #2500 | | MIAMI | FL | 33131 |