# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                          Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| WOODBRIDGE LIQUIDATION TRUST,<br><br>                          Plaintiff,<br><br>      vs.<br><br>ROBERT SHAPIRO, JERI SHAPIRO, 3X A CHARM, LLC, CARBONDALE BASALT OWNERS, LLC, DAVANA SHERMAN OAKS OWNERS, LLC, IN TREND STAGING, LLC, MIDLAND LOOP ENTERPRISES, LLC, SCHWARTZ MEDIA BUYING COMPANY, LLC and STOVER REAL ESTATE PARTNERS, LLC,<br><br>                          Defendants. | Adversary Proceeding<br>Case No. 19-51076 (BLS) |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

      **PLEASE TAKE NOTICE** that the Woodbridge Liquidation Trust hereby withdraws without prejudice *Plaintiff's Request for Entry of Default* [Adv. Docket No. 14], filed on June 23, 2020 with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

Dated: July 31, 2020                      PACHULSKI STANG ZIEHL & JONES LLP

                                                    */s/ Colin R. Robinson*
                                                    Richard M. Pachulski (CA Bar No. 90073)
                                                    Andrew W. Caine (CA Bar No. 110345)
                                                    Bradford J. Sandler (DE Bar No. 4142)
                                                    Colin R. Robinson (DE Bar No. 5524)
                                                    919 North Market Street, 17th Floor
                                                    P.O. Box 8705
                                                    Wilmington, DE 19899 (Courier 19801)
                                                    Telephone: 302-652-4100
                                                    Facsimile:  302-652-4400
                                                    E-mail:  rpachulski@pszjlaw.com
                                                                     acaine@pszjlaw.com
                                                                     bsandler@pszjlaw.com
                                                                     crobinson@pszjlaw.com

                                                   *Counsel for the Woodbridge Liquidation Trust*

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).

DOCS_DE:230023.1 94811/003