# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, | |
| vs. | Adversary Proceeding Case No. 19-51076 (JKS) |
| ROBERT SHAPIRO, JERI SHAPIRO, 3X A CHARM, LLC, CARBONDALE BASALT OWNERS, LLC, DAVANA SHERMAN OAKS OWNERS, LLC, IN TREND STAGING, LLC, MIDLAND LOOP ENTERPRISES, LLC, SCHWARTZ MEDIA BUYING COMPANY, LLC and STOVER REAL ESTATE PARTNERS, LLC, | |
| Defendants. | |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE SOLELY AS TO DEFENDANT JERI SHAPIRO

Plaintiff Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, and defendant Jeri Shapiro (collectively, the "Parties") have entered into a settlement agreement that resolves the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal without prejudice of this adversary proceeding solely as to defendant Jeri Shapiro, with each party to bear its own attorneys' fees and costs.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).

STIPULATED AND AGREED:

Dated: April 1, 2021

| PACHULSKI STANG ZIEHL & JONES LLP | GREENBLATTLOVERIDGE |
|---|---|
| */s/ Colin R. Robinson* | */s/ Fredric J. Greenblatt* |
| Bradford J. Sandler (DE Bar No. 4142) <br> Andrew W. Caine (CA Bar No. 110345) <br> Colin R. Robinson (DE Bar No. 5524) <br> 919 North Market Street, 17th Floor <br> P.O. Box 8705 <br> Wilmington, DE 19899-8705 (Courier 19801) <br> Telephone: (302) 652-4100 <br> Facsimile: (302) 652-4400 <br> Email: bsandler@pszjlaw.com <br> acaine@pszjlaw.com <br> crobinson@pszjlaw.com | Fredric J. Greenblatt <br> 15315 Magnolia Boulevard, Suite 328 <br> Sherman Oaks, CA 91403 <br> Tel: 818.992.1188 <br> Fax: 818.992.7687 <br> Email: fjg@greenblattlaw.com <br><br> *Counsel to Defendant Jeri Shapiro* |
| *Counsel to Plaintiff* | |