**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*.,<br><br>Plaintiff,<br>vs.<br><br>ROBERT SHAPIRO, 3X A CHARM, LLC, CARBONDALE BASALT OWNERS, LLC, IN TREND STAGING LLC, MIDLAND LOOP ENTERPRISES, LLC, SCHWARTZ MEDIA BUYING COMPANY, LLC and STOVER REAL ESTATE PARTNERS, LLC,<br><br>Defendants. | Adversary Proceeding<br><br>Case No. 19-51076 (JKS)<br><br>**Ref. Docket No. 41** |

**CERTIFICATE OF SERVICE**

I, SHARNA WILSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 10, 2026, I caused to be served the "Notice of Voluntary Dismissal of Adversary Proceeding," dated September 9, 2026 [Docket No. 41], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

# EXHIBIT A

MIDLAND LOOP ENTERPRISES, LLC; CARBONDALE BASALT OWNERS, LLC
DAVANA SHERMAN OAKS OWNERS LLC
C/O A REGISTERED AGENT, INC.
8 THE GREEN, SUITE A
DOVER, DE 19901

JERI SHAPIRO
4606 WILLIS AVE, APT 311
SHERMAN OAKES, CA 91403

ROBERT SHAPIRO
C/O DLA PIPER LLP
ATTN: RYAN D. O'QUINN
200 S. BISCAYNE BLVD. #2500
MIAMI, FL 33131

SCHWARTZ MEDIA BUYING CO, LLC
STOVER R/E PARTNERS LLC
A REGISTERED AGENT, INC. AS R/A
8 THE GREEN, SUITE A
DOVER, DE 19901

IN TREND STAGING LLC
THE CO CORP. AS R/A
251 LITTLE FALLS DR.
WILMINGTON, DE 19808